```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL DARRINGTON,

                        Petitioner,
                                              No. 9:05-CV-01498
            vs.                                   (FJS/VEB)

T.S. CRAIG,
                        Respondent.
_____

APPEARANCES:
                                       OF COUNSEL

MICHAEL DARRINGTON
Pro Se
#11108-007
FCI Ray Brook
PO Box 9004
Ray Brook, NY    12977

Hon. Andrew T. Baxter           Charles E. Roberts, Esq.
Acting United States Attorney   Assistant U. S. Attorney
   Northern District of New York
Attorney for Defendant
100 South Clinton Street
Syracuse, New York    13261
```

**FREDERICK J. SCULLIN, JR., S.J.**

## DECISION AND ORDER

Currently before the Court is Magistrate Judge Victor E. Bianchini's August 15, 2008 Report-Recommendation to which the parties have filed no objections. Having reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed August 15, 2008 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS** that petitioner's application for a writ of habeas corpus is **DENIED** and **DISMISSED,** and the Court further

**ORDERS** that the Clerk of the Court enter judgment in favor of the respondent and against the petitioner and close this case.

**IT IS SO ORDERED.**

**Dated:** September 9, 2008
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge